# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG DIVISION

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION | Master Case No: 1:24-md-3103-TSK<br>MDL 3103 |
| REGENERON PHARMACEUTICALS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>FORMYCON AG,<br><br>    Defendant. | Civil Action No. 1:23-cv-97-TSK |
| REGENERON PHARMACEUTICALS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>CELLTRION, INC.<br><br>    Defendant. | Civil Action No. 1:23-CV-89-TSK |
| REGENERON PHARMACEUTICALS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG BIOEPIS, CO., LTD.<br><br>    Defendant. | Civil Action No.  1:23-CV-94-TSK |
| REGENERON PHARMACEUTICALS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG BIOEPIS, CO., LTD.<br><br>    Defendant. | Civil Action No. 1:23-CV-106-TSK |

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and BIOCON BIOLOGICS INC.<br><br>    Defendants. | Civil Action No. 1:22-CV-61-TSK |

**JOINT MOTION FOR STATUS CONFERENCE REGARDING THE MAY 2, 2024 PERMANENT AND PRELIMINARY INJUNCTION HEARINGS**

Plaintiff Regeneron Pharmaceuticals, Inc. ("Plaintiff") and Defendants Mylan Pharmaceuticals Inc., Biocon Biologics Inc., Formycon AG, Celltrion, Inc. and Samsung Bioepis, Co., Ltd. (collectively, "Defendants") request a status conference to discuss the logistics of the injunction hearings scheduled for May 2, 2024, including the length of the time of the hearings, and the Court's preferences for the presentation of argument. During the hearings, the Court is scheduled to hear Regeneron's preliminary injunction motions against certain Defendants in their respective cases at 10:00 am.  (*See* C.A. No. 1:23-cv-00097 (N.D. W. Va.), Dkt. 45; C.A. No. 1:23-cv-00094 (N.D. W. Va.), Dkt. 69; C.A. No. 1:23-cv-00106 (N.D. W. Va.), Dkt. 40; C.A. No. 1:23-cv-00089 (N.D. W. Va.), Dkt. 61.)  The Court is also scheduled to hear Regeneron's permanent injunction motion against Mylan Pharmaceuticals Inc. and Biocon Biologics Inc. on May 2, 2024.  (*See* C.A. No. 1:22-cv-00061 (N.D. W. Va.), Dkt. 717.)

The parties have conferred and agree that in view of confidentiality concerns, the hearings against each Defendant should proceed separately and sequentially.  The parties respectfully request a status conference to clarify the order and timing of proceedings so that the parties may prepare consistent with the Court's expectations.

| | |
|---|---|
| Dated: April 23, 2024 | Respectfully submitted, |
| OF COUNSEL: | THOMAS COMBS & SPANN PLLC |
| Louis E. Fogel (*pro hac vice*)<br>Shaun M. Van Horn (*pro hac vice*)<br>FISH & RICHARDSON P.C.<br>60 South 6th Street, Suite 3200<br>Minneapolis, MN 55402<br>(612) 335-5070 | /s/ *M. David Griffith, Jr.*<br>Bryant J. Spann (WVSB No. 8628)<br>M. David Griffith, Jr. (WVSB No. 7720)<br>300 Summers Street, Suite 1380<br>Charleston, West Virginia 25301<br>Phone:  (304) 414-1800<br>Fax:  (304) 414-1801<br>bspann@tcspllc.com<br>dgriffith@tcspllc.com |
| Robert M. Oakes (*pro hac vice*)<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-5070 | *Attorneys for Defendant Formycon AG* |

Andria Rae Crisler (*pro hac vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070

Madelyn McCormick (*pro hac vice*)
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070

Qiuyi Wu (*pro hac vice*)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210
(617)-542-5070

Terri L. Mascherin (*pro hac vice*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
(312) 222-9350

| | |
|---|---|
| Dated: April 23, 2024 | Respectfully submitted, |
| OF COUNSEL: | HISSAM FORMAN DONOVAN RITCHIE |
| Robert Cerwinski, Esquire<br>Aviv Zalcenstein, Esquire<br>Michael Cottler, Esquire<br>Lora Green, Esquire<br>David Kim, Esquire<br>Brigid Morris, Esquire<br>GEMINI LAW LLP<br>40 W 24th Street<br>New York, NY 10010<br>(917) 915-8832<br>rcerwinski@geminilaw.com<br>azalcenstein@geminilaw.com<br>mcottler@geminilaw.com<br>lgreen@geminilaw.com<br>dkim@geminilaw.com<br>bmorris@geminilaw.com | /s/ *Max C. Gottlieb*<br>Max C. Gottlieb, Esquire<br>Michael B. Hissam, Esquire<br>Andrew C. Robey, Esquire<br>Carl W. Shaffer, Esquire<br>P.O. Box 3983<br>Charleston, WV 25339<br>681-265-3802 *office*<br>304-982-8056 *fax*<br>mgottlieb@hfdrlaw.com<br>arobey@hfdrlaw.com<br>cshaffer@hfdrlaw.com<br><br>*Attorneys for Defendant Celtrion,Inc.* |
| Michael W. Johnson, Esquire<br>Matthew Freimuth, Esquire<br>Dan Constantinescu, Esquire<br>Ocean Lu, Esquire<br>WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>mjohnson@willkie.com<br>mfreimuth@willkie.com<br>dconstantinescu@willkie.com<br>olu@willkie.com | |

| | |
|---|---|
| Dated: April 23, 2024 | SCHRADER, COMPANION, DUFF & LAW, PLLC |
| OF COUNSEL: | |
| Frank E. Simmerman, Jr. (WVSB# 3403)<br>Chad L. Taylor (WVSB# 10564)<br>Frank B. Simmerman, III (WVSB# 10584)<br>Simmerman Law Office, PLLC<br>254 East Main Street<br>Clarksburg, West Virginia 26301<br>(304) 623-4900<br>clt@simmermanlaw.com | /s/ Sandra K. Law<br>Sandra K. Law (WVSB No. 6071)<br>401 Main Street<br>Wheeling, West Virginia 26003<br>skl@schraderlaw.com<br><br>*Attorneys for Defendant Samsung Bioepis Co., Ltd.* |
| Raymond N. Nimrod<br>Matthew A. Traupman<br>Laura L. Faimeny<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br>raynimrod@quinnemanuel.com<br>matthewtraupman@quinnemanuel.com<br>laurafaimeny@quinnemanuel.com | |
| Zachariah B. Summers<br>Quinn Emanuel Urquhart<br>& Sullivan, LLP<br>865 S. Figueroa St.<br>Los Angeles, CA 90017<br>(213) 443-3000<br>zachsummers@quinnemanuel.com | |

| | |
|---|---|
| Date: April 23, 2024 | STEPTOE & JOHNSON PLLC |
| | |
| | */s/ Gordon H. Copland* |
| | Gordon H. Copland (WVSB #828) |
| | William J. O'Brien (WVSB #10549) |
| | 400 White Oaks Boulevard |
| | Bridgeport, WV 26330 |
| | (304) 933-8162 |
| | gordon.copland@steptoe-johnson.com |
| | william.obrien@steptoe-johnson.com |
| | |
| | *Of Counsel (admitted pro hac vice):* |
| | William A. Rakoczy |
| | Deanne M. Mazzochi |
| | Heinz J. Salmen |
| | Eric R. Hunt |
| | Neil B. McLaughlin |
| | Lauren M. Lesko |
| | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| | 6 W. Hubbard St., Suite 500 |
| | Chicago, IL 60654 |
| | (312) 527-2157 |
| | |
| | wrakoczy@rmmslegal.com |
| | dmmazzochi@rmmslegal.com |
| | hsalmen@rmmslegal.com |
| | ehunt@rmmslegal.com |
| | nmclaughlin@rmmslegal.com |
| | llesko@rmmslegal.com |
| | |
| | *Attorneys for Defendants Mylan Pharmaceuticals Inc. and Biocon Biologics Inc.* |

<table>
<tr><td>

Date: April 22, 2024

*Of Counsel:*

David I. Berl (admitted *PHV*)
Ellen E. Oberwetter (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Arthur J. Argall III (admitted *PHV*)
Adam Pan (admitted *PHV*)
Haylee N. Bernal Anderson (admitted *PHV*)
Renee M. Griffin (admitted *PHV*)

Jennalee Beazley* (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
aargall@wc.com
apan@wc.com
handerson@wc.com
rgriffin@wc.com
jbeazley@wc.com

*Admitted only in Pennsylvania; practice supervised by D.C. Bar members

Elizabeth Stotland Weiswasser (admitted *PHV*)
Anish R. Desai (admitted *PHV*)
Natalie C. Kennedy (admitted *PHV*)
Jennifer Brooks Crozier (admitted *PHV*)

</td><td>

CAREY DOUGLAS KESSLER & RUBY, PLLC

<u>*/s/ David R. Pogue*</u>
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com
rfranks@cdkrlaw.com

*Attorneys for Plaintiff
Regeneron Pharmaceuticals, Inc.*

</td></tr>
</table>

7

Tom Yu (admitted *PHV*)
Yi Zhang (admitted *PHV*)
Kathryn Leicht (admitted *PHV*)
Rocco Recce (admitted *PHV*)
Zhen Lin (admitted *PHV*)
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY 10153
Elizabeth.Weiswasser@weil.com
Anish.Desai@weil.com
Natalie.Kennedy@weil.com
Jennifer.Crozier@weil.com
Tom.Yu@weil.com
Yi.Zhang@weil.com
Kathryn.Leicht@weil.com
Rocco.Recce@weil.com
Zhen.Lin@weil.com

Christopher M. Pepe (admitted *PHV*)
Priyata Y. Patel (admitted *PHV*)
Matthew Sieger (admitted *PHV*)
WEIL, GOTSHAL & MANGES
2001 M Street, NW
Suite 600
Washington, DC 20036
Christopher.Pepe@weil.com
Priyata.Patel@weil.com
Matthew.Seiger@weil.com

Andrew E. Goldsmith (admitted *PHV*)
Evan T. Leo (admitted *PHV*)
Jacob E. Hartman (admitted *PHV*)
Mary Charlotte Y. Carroll (admitted *PHV*)
Sven E. Henningson (admitted *PHV*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
agoldsmith@kellogghansen.com
eleo@kellogghansen.com
jhartman@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on April 23, 2024, I caused a true and correct copy of the foregoing ***motion for status conference*** to be filed via the Court's CM/ECF electronic filing system, thereby sending notice of the filing to all CM/ECF-registered counsel of record for the parties.

*/s/ David R. Pogue*
David R. Pogue (WVSB No. 10806)
