IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: AFLIBERCEPT PATENT
LITIGATION

MDL NO. 1:24-MD-3103-TSK

THIS DOCUMENT RELATES TO
CASE NOS.
1:23-CV-89
1:23-CV-94
1:23-CV-97
1:23-CV-106
1:24-CV-39

### ORDER

For good cause, Regeneron's *Motion to Partially Withdraw Motions for Preliminary Injunction* is **GRANTED** [ECF No. 119]. The portions of Regeneron's preliminary injunction motions that do not relate to the '865 patent are hereby **WITHDRAWN**. Accordingly, any preliminary injunction motion filed against Amgen **SHALL** also be limited to the '865 patent, and Amgen's motion for clarification on this issue is **GRANTED** [ECF No. 142].

Additionally, for reasons appearing to the Court, the Court **AMENDS** the preliminary injunction briefing schedule with respect to Amgen as follows:

- Motion, on or before **June 7, 2024** (limited to 25 pages);

- Response, on or before **July 3, 2024** (limited to 25 pages); and

- Reply, on or before **July 24, 2024** (limited to 15 pages).

It is so **ORDERED**.

The Clerk is **DIRECTED** to transmit copies of this Order to counsel of record.

DATED: May 28, 2024

*Tom S Kleeh* (signature)
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA