IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: AFLIBERCEPT PATENT LITIGATION | MDL No. 1-24-md-3103-TSK |

**THIS DOCUMENT RELATES TO:**

Civil Action No. 1:23-cv-94-TSK

Civil Action No. 1:23-cv-106-TSK

### STIPULATION AND ORDER
### EXTENDING THE DEADLINE FOR SUBMISSION OF
### A PROPOSED ORDER ESTABLISHING SECURITY UNDER FED. R. CIV. P. 65(c)

WHEREAS, on June 14, 2024, the Court issued an order granting Plaintiff Regeneron Pharmaceuticals, Inc's Motions for Preliminary Injunction against Defendant Samsung Bioepis Co., Ltd. ("PI Order"; ECF No. 171, 24-md-3103);

WHEREAS, pursuant to the PI Order, the deadline for the parties to submit a joint proposed order, or separate orders by each party if no joint proposal is feasible, establishing security under Fed. R. Civ. P. 65(c) ("Proposed Rule 65(c) Order(s)") is June 24, 2024.

WHEREAS, the parties are continuing to meet and confer regarding the appropriate amount and form of security under Fed. R. Civ. P. 65(c);

IT IS THEREFORE STIPULATED AND AGREED, that the parties' deadline to submit a Proposed Rule 65(c) Security Order(s) is extended to July 1, 2024.

SO ORDERED this 25th day of June 2024.

*/s/ Tom S Kleeh*

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

Date: June 24, 2024

*Of Counsel:*

Raymond N. Nimrod
(*PHV* granted, special appearance)
Matthew A. Traupman
(*PHV* granted, special appearance)
Laura L. Fairneny
(*PHV* granted, special appearance)
Matthew D. Robson
(*PHV* granted, special appearance)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
raynimrod@quinnemanuel.com
matthewtraupman@quinnemanuel.com
laurafairneny@quinnemanuel.com
matthewrobson@quinnemanuel.com

Zachariah B. Summers
(*PHV* granted, special appearance)
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
865 S. Figueroa St.
Los Angeles, CA  90017
(213) 443-3000
zachsummers@quinnemanuel.com

*Attorneys for Defendant
Samsung Bioepis Co., Ltd.
appearing for the limited purpose of
contesting jurisdiction*

 /s/ Chad L. Taylor
Frank E. Simmerman, Jr. (WVSB# 3403)
Chad L. Taylor (WVSB# 10564)
Frank E. Simmerman, III (WVSB# 10584)
SIMMERMAN LAW OFFICE, PLLC
254 East Main Street
Clarksburg, West Virginia 26301
(304) 623-4900
clt@simmermanlaw.com

Sandra K. Law (WVSB No. 6071)
SCHRADER COMPANION, DUFF & LAW, PLLC
401 Main Street
Wheeling, West Virginia  26003
skl@schraderlaw.com

Date: June 24, 2024

*Of Counsel*:

David I. Berl (admitted *PHV*)
Ellen E. Oberwetter (admitted *PHV*)
Thomas S. Fletcher (admitted *PHV*)
Andrew V. Trask (admitted *PHV*)
Teagan J. Gregory (admitted *PHV*)
Shaun P. Mahaffy (admitted *PHV*)
Kathryn S. Kayali (admitted *PHV*)
Arthur J. Argall III (admitted *PHV*)
Adam Pan (admitted *PHV*)
Haylee N. Bernal Anderson (admitted *PHV*)
Renee M. Griffin (admitted *PHV*)
Jennalee Beazley* (admitted *PHV*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
dberl@wc.com
eoberwetter@wc.com
tfletcher@wc.com
atrask@wc.com
tgregory@wc.com
smahaffy@wc.com
kkayali@wc.com
aargall@wc.com
apan@wc.com
handerson@wc.com
rgriffin@wc.com
jbeazley@wc.com

*Admitted only in Pennsylvania; practice supervised by D.C. Bar members

Elizabeth Stotland Weiswasser (admitted

CAREY DOUGLAS KESSLER & RUBY, PLLC

*/s/ Steven R. Ruby*
Steven R. Ruby (WVSB No. 10752)
David R. Pogue (WVSB No. 10806)
Raymond S. Franks II (WVSB No. 6523)
707 Virginia Street East
901 Chase Tower (25301)
P.O. Box 913
Charleston, West Virginia 25323
(304) 345-1234
sruby@cdkrlaw.com
drpogue@cdkrlaw.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*

3

*PHV*)
Anish R. Desai (admitted *PHV*)
WEIL, GOTSHAL & MANGES
767 Fifth Avenue
New York, NY 10153
Elizabeth.Weiswasser@weil.com
Anish.Desai@weil.com

Christopher M. Pepe (admitted *PHV*)
WEIL, GOTSHAL & MANGES
2001 M Street, NW
Suite 600
Washington, DC 20036
Christopher.Pepe@weil.com

Andrew E. Goldsmith (admitted *PHV*)
Evan T. Leo (admitted *PHV*)
Jacob E. Hartman (admitted *PHV*)
Mary Charlotte Y. Carroll (admitted *PHV*)
Sven E. Henningson (admitted *PHV*)
Alyssa J. Picard (admitted *PHV*)
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
TEL: (202) 326-7900
agoldsmith@kellogghansen.com
eleo@kellogghansen.com
jhartman@kellogghansen.com
mcarroll@kellogghansen.com
shenningson@kellogghansen.com
apicard@kellogghansen.com

*Attorneys for Plaintiff Regeneron Pharmaceuticals, Inc.*