# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| In re: Aflibercept Patent Litigation | MDL No. 1:24-md-03103-TSK |
| | **FILED UNDER SEAL** |
| | **OUTSIDE COUNSEL'S EYES ONLY** |

**THIS DOCUMENT RELATES TO**

Case No. 1:23-CV-94-TSK
Case No. 1:23-CV-106-TSK

**ORDER FOR INJUNCTIVE RELIEF
AGAINST SAMSUNG BIOEPIS**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, accompanying Memorandum in Support, exhibits attached thereto, and all of the evidence presented before this Court, for the reasons set forth in the Court's June 14, 2024 Order Granting Motion for Preliminary Injunction (ECF No. 171), it is

ORDERED THAT:

Pursuant to Rule 65(d)(1)(A), the reasons why this preliminary injunction is being issued are detailed in the Court's June 14, 2024 Order Granting Motion for Preliminary Injunction (ECF No. 171).

Pursuant to Rules 65(d)(1)(B)-(C), the terms of the preliminary injunction and the acts restrained are as follows:

Defendant, its officers, agents, servants, representatives and employees, and any and all persons or entities acting by, through, under or in active concert with any or all of them, specifically including Biogen MA, Inc., are hereby enjoined and restrained from the offer for sale or sale within the United States without a license from Regeneron of any product that is the subject of BLA No. 761350 that the FDA approved May 20, 2024.

Defendant, its officers, agents, servants, representatives and employees, and any and all persons or entities acting by, through, under or in active concert with any or all of them, specifically including Biogen MA, Inc., shall be so enjoined until the earlier of: (i) expiry of U.S. Patent No. 11,084,865 ("the '865 Patent"); (ii) entry of final judgment in Case No. 1:23-CV-94-TSK and Case No. 1:23-CV-106-TSK; or (iii) entry of a permanent injunction following trial in Case No. 1:23-CV-94-TSK and Case No. 1:23-CV-106-TSK. Nothing in the preceding provision is intended to waive any party's right to move to modify or dissolve this preliminary injunction. If Defendant moves to modify or dissolve this preliminary injunction following any decision in any proceeding

invalidating one or more claims of U.S. Patent No. 11,084,865, or any patent related thereto, Regeneron shall file any opposition within one week of Defendant's motion.

Pursuant to Rule 65(d)(2), Defendant shall provide copies of this order to its officers, any employee with responsibility for development or commercialization of SB15, and Biogen MA, Inc., as soon as possible and no later than three (3) business days of the issuance of this order.

Regeneron shall post an appropriate bond or other security in an amount to be set in a separate order, which Regeneron shall post within five (5) days of that order.

Nothing herein shall impact, disrupt or otherwise restrict or prohibit any activities undertaken in the United States solely for commercialization of product in non-U.S. markets.

It is so ORDERED.

DATED: July 10, 2024

*Tom S Kleeh*

Hon. Thomas S. Kleeh, Chief Judge